IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSHUA LONG,

                    Plaintiff,

    v.                          CASE NO. 06-3089-SAC

FRANK DENNING, et al.,

                    Defendants.

### **O R D E R**

    This matter is before the court upon plaintiff's letter which has been treated as motion for extension of time (Doc. 4) to answer the court's show cause order entered on April 27, 2006. Having considered the motion the court finds good cause for allowing an extension. However, the 60-day extension requested by plaintiff is excessive. Plaintiff clearly reiterates in his letter what the court has required that he provide, and it is factual information not legal. Thus, plaintiff does not need additional time for legal research.

    IT IS THEREFORE ORDERED that plaintiff's motion for extension of time (Doc. 4) is granted for an additional thirty (30) days to respond to the court's Order entered on April 27, 2006.

    **IT IS SO ORDERED.**

    Dated this 11th day of May, 2006, at Topeka, Kansas.

                                                s/Sam A. Crow

                                        U. S. Senior District Judge

2